# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:09-CR-00206-KJD-PAL |
| WILLIAM AUBREY ET AL., | ) ) | |
| Defendant. | ) ) | **ORDER** |

IT IS ORDERED that [125] Verified Petition for Permission to Practice Pro Hac Vice and Designation of Local Counsel as to Navajo Housing Authority is DENIED. THE COURT FURTHER ORDERS that the Clerk of Court shall return the filing fee of $200.00 to the Applicant.

DATED this 12 day of April, 2013

_____

UNITED STATES DISTRICT JUDGE