UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
)
Plaintiff, )
) 2:09-CR-00206-KJD-PAL
VS. )
)
)
WILLIAM AUBREY ET AL., )
)
Defendant, )
)

ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals, for said jury shall be paid by the Clerk of Court for May 1 and May 2, 2013.

Dated: May 2, 2013

_____
KENT J. DAWSON, U.S. DISTRICT JUDGE